## MARTIN v. SPLIVALO et al.

### No. 11,938; May 3, 1889.

#### 21 Pac. 547.

Appeal—Presumptions.—Where None of the Pleadings or Proceedings in the court below prior to judgment appear in the transcript, and the evidence is not brought up, the judgment must be presumed to be right.

APPEAL from Superior Court, Santa Clara County; F. E. Spencer, Judge.

A. D. Splivalo for appellants; Houghton & Reynolds for respondent.

WORKS, J.—This is an appeal from a money judgment recovered by the respondent against the appellants. The record shows no errors. None of the pleadings or proceedings in the court below, prior to the judgment, appear in the transcript, and the evidence is not brought up. In this condition of the record we must presume that the judgment appealed from was right. Judgment affirmed, with ten per cent damages.

We concur: Beatty, C. J.; Paterson, J.